# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| United States of America, | ) | CASE NO. 1:03CR434 |
| Plaintiff, | ) ) ) | |
| | ) | Judge John R. Adams |
| - vs - | ) ) | **O R D E R** |
| Lachon Barnes | ) ) | |
| Defendant. | ) | |

This matter was heard on September 2, 2008, upon the request of the probation office for a finding that the defendant had violated the conditions of his supervised release. The defendant was present and represented by counsel. Upon consideration of statements of counsel, the Court finds that the terms of the defendant's supervised release has been violated as follows:

1) New Conviction - On February 26, 2008, the offender was arrested by the Cleveland Police Department and charged with Rape and Kidnaping.

2) Failure to Inform U.S. Probation Officer of New Arrest - Since the date of his arrest the offender has not contacted this officer.

3) Failure to Report Change in Residence - The offender moved and failed to inform this officer of his new address.

A report and recommendation was prepared by Magistrate Judge James S. Gallas. The Court adopts the findings in the report and recommendation.

1:03CR434

Defendant is sentenced to additional supervised release conditions including participation in the Location Monitoring Program  The defendant shall participate in the Location Monitoring Program for a period of 6 months, to commence no later than 30 calendar days from 9/2/2008. The defendant shall be required to remain in his residence unless given permission in advance by the probation officer to be elsewhere. The defendant may leave his residence to work and receive medical treatment and to attend religious services. The defendant shall consent to be monitored by the discretion of the officer and shall abide by all of the requirements established by the pretrial services and probation office related to the use of this location monitoring technology; and submit to random drug/alcohol tests as specified by the pretrial services and probation officer. The defendant may participate in the Earned Leave Program under terms set by the pretrial services and probation officer. The participant shall pay the costs of participation in the location monitoring program, based on their ability to pay as directed by the pretrial services and probation officer.  Further, Defendant shall obtain full-time employment within 30 days of release from custody and shall have no contact with Tiara White nor be within any proximity of her.

1:03CR434

    Further, the defendant's term of supervised release shall continue.


    IT IS SO ORDERED.


    Date: September 3, 2008               <u>s/John R. Adams</u>
                                                   JOHN R. ADAMS
                                                   UNITED STATES DISTRICT JUDGE